ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BRYANT, | ) | |
| | ) | CASE NO. 4:03CV1269 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>Judge John R. Adams</u> |
| | ) | |
| STUART HUDSON, | ) | JUDGMENT ENTRY |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that William Bryant's Petition for a Writ of Habeas Corpus is hereby DENIED.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith. There is also no basis on which to issue a certificate of appealability.

IT IS SO ORDERED.

September 29, 2006        */s/ John R. Adams*
Date        John R. Adams
       U.S. District Judge